UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERRY LYNN JOHNS; aka KEVIN LYNN REVELS, § § § Plaintiff, § VS. § CIVIL ACTION NO. H-05-1790 § DOUGLAS DRETKE § and § T MORGAN, § § Defendant. § | |

**ORDER OF DISMISSAL**

Jerry Lynn Johns, also known as Kevin Lynn Revels, an inmate in the Texas Department of Criminal Justice-Correctional Institutions Division, has filed a civil rights complaint under 42 U.S.C. § 1983.

Johns has filed sixty-six (66) other cases, including at least twenty-five (25) habeas corpus petitions. Several federal courts have warned and sanctioned Johns repeatedly for his relentless abuse of the federal courts. As Johns should know, the U.S. District Court for the Eastern District of Texas, sanctioned Johns $100 and barred him from filing any further cases until the sanction is paid because of his abuse of the federal courts. *See Revels v. Director*, 9:97cv207 (E.D. Tex.). On February 1, 1994, the U.S. District Court for the Southern District of Texas issued a Policy Statement over the signature of Chief Judge Black concerning prisoners who

have been sanctioned in other U.S. District Courts in Texas. Under the Policy Statement this Court will, to the extent comity and justice require it, enforce the sanction orders imposed by other federal district courts in Texas.

The Fifth Circuit barred Johns from filing any *pro se* habeas pleading or appeal in the Fifth Circuit or in any court which is subject to the Fifth Circuit's jurisdiction, without the advance written permission of a judge of the forum court. *See In re: Kevin Revels*, No. 98-11423 (5th Cir.); *also see Revels v. Cornyn*, Civil Action No. H-01-1467 (S.D. Tex.). This Court sanctioned Johns $100 for his attempts to get around the Fifth Circuit bar by proceeding under the name Kevin Lynn Revels. *See Johns v. Cockrell,* Civil Action No. H-02-0927 (S.D. Tex.). Johns has not paid the two $100 sanctions.

Because Johns has not paid the Eastern District sanction and because of his serious abuse of the federal courts, it is ORDERED that this case be DISMISSED. Johns's Motion to Proceed *In Forma Pauperis* [Docket Entry No. 2] is DENIED.

SIGNED the 28th day of May, 2005.



David Hittner
United States District Judge